UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alexander Gordon Kline, | ) | CASE NO.: 2:19-cv-00667-SVW-AFM |
| Plaintiff | ) | JUDGMENT |
| vs. | ) | |
| J2 Global, Inc. et al, | ) | JS - 6 |
| Defendant. | ) | |

Pursuant to the Offer of Judgment, filed on March 5, 2019, and the Acceptance of Offer of Judgment, filed on March 5, 2019, judgment is entered for Plaintiff, ALEXANDER GORDON KLINE and against Defendants, J2 GLOBAL, INC. and IGN ENTERTAINMENT, INC. (collectively "j2" or "Defendants"), pursuant to the terms and conditions set forth in the Notice of Acceptance of Offer of Judgment.

DATE: March 7, 2019

Paul M. Cruz, Deputy Clerk of the Court